El Pueblo *v.* Espinosa et al.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 8.—Resuelto en Octubre 28, 1904.

Apelación—Pliego de Excepciones—Errores Manifiestos.—No habiendo

pliego de excepciones, ni apareciendo de los autos que se haya cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Wolf, emitió la siguiente opinión del Tribunal.

La presente es una causa seguida ante la Corte de Distrito de Mayagüez contra José Dolores Espinosa, de estado soltero, y Rosa Quaglia, casada, por el delito de adulterio. La acusación se formuló en 27 de Febrero de 1903; se celebró el juicio en 17 de Abril siguiente, y el 18 se dictó sentencia declarando el Tribunal probado, en el acto del juicio oral, el hecho siguiente:

"Que hace dos meses más ó menos, la acusada, que entonces vivía en la casa de su esposo Guillermo Nenadich, de Mayagüez, salió una noche de paseo con una de sus hijas de cortos años y se encontró con José Dolores Espinosa, en una de las alcantarillas del camino que de dicha ciudad conduce al pueblo de Añasco y en cuyo sitio tuvieron ambos acusados una entrevista, luego de la que, el acusado, como á las once de la propia noche, penetró en la casa de los esposos Nenadich, por una ventana que dá al cuarto donde dormia la expresada Rosa Quaglia con su referida hija, y allí Espinosa pasó la noche en el mismo catre de Rosa Quaglia, teniendo con ella actos carnales levantándose al otro dia entre siete y ocho de la mañana, saliendo por el mismo sitio por donde habia entrado, habiendo posteriormente Rosa Quaglia abandonado el hogar de su esposo".

El Tribunal por unanimidad condenó á José Dolores Espinosa y á Rosa Quaglia á dos años y medio de cárcel á cada uno y al pago de las costas procesales por mitad. Contra esa sentencia apeló ante este Tribunal el acusado José Dolores Espinosa, y de las transcripciones de los autos remitidas por el Secretario de la Corte inferior no consta que se haya

presentado pliego alguno de excepciones, ni se ha podido encontrar, después de un exámen cuidadoso de las mismas, error alguno en que fundar la revocación de la sentencia dictada por la Corte de Distrito. La vista ante este Tribunal tuvo lugar el día 26 del corriente; la representación del apelante no compareció, ni ha expresado por escrito los fundamentos de la apelación que interpusiera; por todas estas consideraciones, soy de opinión que la sentencia dictada en esta causa por la Corte de Distrito de Mayagüez debe confirmarse, con las costas del recurso al apelante.

*Confirmada.*

Jueces concurrentes, Sres. Presidente, Quiñones y Asociados, Hernández, Figueras y MacLeary.